IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
MARTINSBURG

**FDR SERVICES CORPORATION,**

    **Plaintiff,**

v.                                                                 Civil Action No. 3:07-CV-113
                                                                  (Judge Bailey)

**CITY HOSPITAL, INC.,**
**THE CHARLES TOWN GENERAL HOSPITAL**
**d/b/a JEFFERSON MEMORIAL HOSPITAL,**
**and WEST VIRGINIA UNIVERSITY**
**HOSPITALS - EAST, INC.,**
**their parent corporation,**

    **Defendants.**

## ORDER GRANTING MOTION FOR CONTINUANCE

On this day, the above-styled matter came before this Court upon consideration of the plaintiff's Motion for Continuance of Discovery and Scheduling Conference [Doc. 16], filed November 20, 2007. In support of its motion, the plaintiff states that its counsel has a conflict with a previously-scheduled hearing before the West Virginia Human Rights Commission. After review of the above, this Court finds that good cause exists to grant the motion. Accordingly, for good cause, it is the opinion of this Court that plaintiff's Motion for Continuance of Discovery and Scheduling Conference [Doc. 16] should be, and is, hereby **GRANTED**. As such, the Scheduling Conference is hereby **CONTINUED** until **December 17, 2007, at 3:30 p.m.** The Court notes that it will make the necessary arrangements for the **telephonic** Scheduling Conference.

It is so **ORDERED**.

The Clerk is hereby directed to transmit copies of this Order to all counsel of record herein.

**DATED**: November 26, 2007.

JOHN PRESTON BAILEY
UNITED STATED DISTRICT JUDGE