UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF WEST VIRGINIA

AT MARTINSBURG

U.S. DISTRICT COURT
FILED AT WHEELING, WV

NOV 2 8 2007

NORTHERN DISTRICT OF WV
OFFICE OF THE CLERK

**FDR SERVICES CORPORATION,**

    **Plaintiff,**

v.                                     CIVIL ACTION NO.: 3:07-CV-113

**CITY HOSPITAL, INC.,
THE CHARLES TOWN GENERAL HOSPITAL
d/b/a JEFFERSON MEMORIAL HOSPITAL,
and WEST VIRGINIA UNIVERSITY
HOSPITALS-EAST, INC.,**
their parent corporation,

    **Defendants.**

## ORDER EXTENDING DEADLINE
## FOR DISCOVERY DISCLOSURES

On a former day came the parties by their respective counsel and moved this Court for an order extending the deadline for initial discovery disclosures form December 2, 2007 to December 14, 2007.

For the reasons set forth in the Joint Motion, it is hereby ORDERED that Initial Discovery Disclosures shall be made on or before December 14, 2007.

Dated: 11-28-2007

John Preston Bailey,
**United States District Judge**