FILED
MAR - 3 2008
U.S. DISTRICT COURT
MARTINSBURG, WV 25401

THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
MARTINSBURG

FDR SERVICES CORPORATION,

    Plaintiff,

v.                                  CIVIL ACTION NO.: 3:07-CV-113
                                    (BAILEY)

CITY HOSPITAL, INC.,
THE CHARLES TOWN GENERAL HOSPITAL
d/b/a JEFFERSON MEMORIAL HOSPITAL,
and WEST VIRGINIA UNIVERSITY
HOSPITALS - EAST, INC.,
their parent corporation,

    Defendants.

## ORDER GRANTING PLAINTIFF'S MOTION
## TO EXTEND RULE 26(a)(2) DEADLINES

On this day, the above-styled matter came before the Court for consideration of the Plaintiff's Motion to Extend Rule 26(a)(2) Deadlines [Doc. 29]. The plaintiff seeks an extension of the current March 17 and April 16, 2008, deadlines for the plaintiff and defendants, respectively. The plaintiff seeks to extend these dates to April 4 and May 5, 2008, for the plaintiff and defendants, respectively, so the parties may focus efforts on the upcoming March 18 mediation. The plaintiff further represents to the Court that the grant of this motion will not affect the August 26, 2008, trial date and that the defendants do not object to the same. Finding good cause, it is this Court's opinion that the motion **[Doc. 29]** should be, and is, hereby **GRANTED**. Accordingly, the plaintiffs shall make their Rule 26(a)(2) disclosures on or before April 4, 2008, and the defendants shall do the same on

or before May 5, 2008.

It is so **ORDERED**.

The Clerk is directed to transmit copies of this Order to all counsel of record herein.

**DATED:** February 28, 2008.

John Preston Bailey
United States District Court Judge